## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of | ) |
| | ) |
| JMKA, LLC | )   Case No. 25-00036 |
| | ) |
| | ) |
| Debtor(s). | ) |

## RULE 9011 CERTIFICATION REGARDING REQUEST FOR EMERGENCY HEARING

I hereby certify, as a member of the Bar of the District Court for the Northern District of Illinois, that I have carefully examined this matter, that this matter is properly brought as an emergency matter as defined in Local Bankruptcy Rule 9013-2, and that there is a true necessity for emergency hearing.

I certify further that the necessity for this emergency hearing has not been caused by any lack of due diligence or intentional action or failure to act on my part or by my client, but has been brought about only by the circumstances of this case.

I certify further that I have made a bona fide effort to resolve this matter without a hearing.

Dated: January 3, 2025

Prepared by
Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
847-933-0300
ben@windycitylawgroup.com
ARDC # 6295667

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| JMKA, LLC ) | Case No. 25-00036 |
| ) | |
| Debtor(s). ) | |

## APPLICATION TO SET HEARING ON EMERGENCY MOTION PURSUANT TO GENERAL ORDER 12-01

NOW COMES the Debtor, JMKA, LLC, through its proposed counsel, Ben Schneider, pursuant to Local Rule 9013-2 for its Application to Set Hearing on Emergency Motion Pursuant to Local Rule 9013-2, and states as follows:

1. The Debtor runs a daycare facility located in Elmhurst, IL.

2. The Debtor filed a petition for Chapter 11 Bankruptcy relief on January 3, 2025 because it required an automatic stay to prevent aggressive collections efforts by its creditors while it seeks to reorganize.

3. All of the Debtor's assets are encumbered by secured liens of the Small Business Administration, BayFirst National Bank, Newity Bank, Funding Circle, and Transportation Alliance Bank. The collateral includes the cash and receivables of JMKA which will be disclosed in Schedule B of the Petition.

4. Pursuant to 11 U.S.C. 363(c)(2) the Debtor is not allowed to use cash collateral absent an agreement of all parties that have an interest in the cash collateral or a court order authorizing its use.

5. This matter constitutes an emergency requiring immediate attention as the Debtor has expenses that need to be paid within the next week as disclosed on the attached Budget.

6. This matter could not be avoided as being filed as an emergency because the Debtor has expenses to pay in advance of waiting to have this motion heard on regular notice.

7. The Debtor will suffer immediate and irreparable harm if this matter is not heard as an emergency since it has expenses that must be paid within the week in order to stay in operation and successfully repay its creditors.

8. This matter was originally assigned to Judge Cleary. The Debtor proposes that the attached proposed motion be presented and heard on Monday, January 6, 2025 at a time convenient to the Court.

Respectfully Submitted,
JMKA, LLC.

By

/s/Ben Schneider
One of its proposed Attorneys

Prepared by
Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
847-933-0300
ben@windycitylawgroup.com
ARDC # 6295667