**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| JMKA, LLC ) | Case No. 25-00036 |
| ) | |
| Debtor. ) | |

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants (ECF):**

- Adam Brief, US Trustee

**Parties served via the method indicated:**

1. BayFirst Bank
   Email to Carlos Gutierrez: carlos.gutierrez@bayfirstfinancial.com

2. Byline Bank
   Fax to Deposit Services Team (847) 504-8983

3. Newity Bank
   Email to billing@newitymarket.com

4. Transportation Alliance Bank
   Email to Litigation Counsel Randall Rees: randall.rees@tabbank.com

5. Direct Capital Equipment
   Email to Carl Walsh, Manager: service@firstcitizens.com

6. Funding Circle
   Email to credit@fundingcircle.com and customersolutions@fundingcircle.com

7. SBA
   Email to Sameena Nabijee: Sameena.nabijee@sba.gov

8. Ameris Bank
   Email to Don Ngo, Recovery Manager; donbn@balboacapital.com

9. CashFloit
   Email to info@cashfloit.com and team@cashfloit.com

10. Fenix Capital

    Email to alex.r@fenixcapitalfunding.com and collections@fenixcapitalfunding.com

11. Bluevine

    Email to seth.bailey@bluevine.com

12. Everest Capital Funding

    Email to Gabriella Acevedo, Internal Recovery:
    gabriella.acevedo@everestbusinessfunding.com

13. Symplifi

    Email to info@symplificapital.com