# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

**Pay Frequency: Biweekly**

**Employee:** ▮▮▮  **SSN:** ▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 42.16 | 21.0000 | 885.36 | FED FIT | 88.32 | | | 1,125.98 | FED SOCSEC-ER | 86.14 |
| Personal | 24.00 | 21.0000 | 504.00 | FED SOCSEC | 86.14 | | | | FED MEDCARE-ER | 20.15 |
| | 66.16 | | 1,389.36 | FED MEDCARE | 20.15 | | | | FED FUTA | 8.34 |
| | | | | IL SIT | 68.77 | | | | IL SUI-ER | 15.98 |
| | | | | | 263.38 | | | | | 130.61 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▮▮▮  $1,125.98

**Employee:** ▮▮▮  **SSN:** ▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 40.21 | 18.0000 | 723.78 | FED FIT | 60.29 | | | 949.86 | FED SOCSEC-ER | 71.66 |
| Personal | 24.00 | 18.0000 | 432.00 | FED SOCSEC | 71.66 | | | | FED MEDCARE-ER | 16.76 |
| | 64.21 | | 1,155.78 | FED MEDCARE | 16.76 | | | | FED FUTA | 6.93 |
| | | | | IL SIT | 57.21 | | | | IL SUI-ER | 13.29 |
| | | | | | 205.92 | | | | | 108.64 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▮▮▮  $949.86

**Employee:** ▮▮▮  **SSN:** ▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 39.43 | 18.0000 | 709.74 | FED FIT | 42.08 | | | 829.94 | FED SOCSEC-ER | 61.86 |
| Personal | 16.00 | 18.0000 | 288.00 | FED SOCSEC | 61.86 | | | | FED MEDCARE-ER | 14.47 |
| | 55.43 | | 997.74 | FED MEDCARE | 14.47 | | | | FED FUTA | 5.99 |
| | | | | IL SIT | 49.39 | | | | IL SUI-ER | 11.47 |
| | | | | | 167.80 | | | | | 93.79 |

Check Date: 01/03/2025 / Check / Check No: 51216  $829.94

**Employee:** ▮▮▮  **SSN:** ▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 66.59 | 21.5000 | 1,431.69 | FED FIT | 93.40 | | | 1,157.90 | FED SOCSEC-ER | 88.76 |
| | 66.59 | | 1,431.69 | FED SOCSEC | 88.76 | | | | FED MEDCARE-ER | 20.76 |
| | | | | FED MEDCARE | 20.76 | | | | FED FUTA | 8.59 |
| | | | | IL SIT | 70.87 | | | | IL SUI-ER | 16.46 |
| | | | | | 273.79 | | | | | 134.57 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▮▮▮  $1,157.90

**Employee:** ▮▮▮  **SSN:** ▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 34.01 | 18.0000 | 612.18 | FED FIT | 68.16 | Medical pre-tax 1 | 110.80 | 999.32 | FED SOCSEC-ER | 75.73 |
| Personal | 40.00 | 18.0000 | 720.00 | FED SOCSEC | 75.73 | | 110.80 | | FED MEDCARE-ER | 17.71 |
| | 74.01 | | 1,332.18 | FED MEDCARE | 17.71 | | | | FED FUTA | 7.33 |
| | | | | IL SIT | 60.46 | | | | IL SUI-ER | 14.05 |
| | | | | | 222.06 | | | | | 114.82 |

Check Date: 01/03/2025 / Check / Check No: 51217  $999.32

**Employee:** ▮▮▮  **SSN:** ▮▮▮

---

Company: Jmka Llc  
Check date: 1/3/2025 - Payroll 1  
Pay Period: 12/15/2024 to: 12/28/2024

1 of 4  
Run Number: 0244

Date Printed: 01/03/2025 14:10  
25237149 - K6/LVA

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Regular | 34.43 | 22.5000 | 774.68 | FED FIT | 122.56 | | | 1,362.25 | FED SOCSEC-ER | 103.83 |
| Personal | 40.00 | 22.5000 | 900.00 | FED SOCSEC | 103.83 | | | | FED MEDCARE-ER | 24.28 |
| | 74.43 | | 1,674.68 | FED MEDCARE | 24.28 | | | | FED FUTA | 10.05 |
| | | | | IL SIT | 61.76 | | | | IL SUI-ER | 19.26 |
| | | | | | 312.43 | | | | | 157.42 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▓▓▓   $1,362.25

**Employee:** ▓▓▓   **SSN:** ▓▓▓

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 38.41 | 18.0000 | 691.38 | FED SOCSEC | 42.87 | | | 630.67 | FED SOCSEC-ER | 42.87 |
| | 38.41 | | 691.38 | FED MEDCARE | 10.03 | | | | FED MEDCARE-ER | 10.03 |
| | | | | IL SIT | 7.81 | | | | FED FUTA | 4.15 |
| | | | | | 60.71 | | | | IL SUI-ER | 7.95 |
| | | | | | | | | | | 65.00 |

Check Date: 01/03/2025 / Check / Check No: 51218   $630.67

**Employee:** ▓▓▓   **SSN:** ▓▓▓

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 22.0000 | 880.00 | FED FIT | 90.75 | | | 1,141.28 | FED SOCSEC-ER | 87.40 |
| Overtime | 0.05 | 33.0000 | 1.65 | FED SOCSEC | 87.40 | | | | FED MEDCARE-ER | 20.44 |
| Personal | 24.00 | 22.0000 | 528.00 | FED MEDCARE | 20.44 | | | | FED FUTA | 8.46 |
| | 64.05 | | 1,409.65 | IL SIT | 69.78 | | | | IL SUI-ER | 16.21 |
| | | | | | 268.37 | | | | | 132.51 |

Check Date: 01/03/2025 / Check / Check No: 51219   $1,141.28

**Employee:** ▓▓▓   **SSN:** ▓▓▓

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 23.57 | 21.0000 | 494.97 | FED FIT | 24.88 | | | 407.72 | FED SOCSEC-ER | 30.69 |
| | 23.57 | | 494.97 | FED SOCSEC | 30.69 | | | | FED MEDCARE-ER | 7.18 |
| | | | | FED MEDCARE | 7.18 | | | | FED FUTA | 2.97 |
| | | | | IL SIT | 24.50 | | | | IL SUI-ER | 5.69 |
| | | | | | 87.25 | | | | | 46.53 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▓▓▓   $407.72

**Employee:** ▓▓▓   **SSN:** ▓▓▓

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 2,240.00 | FED FIT | 190.40 | | | 1,772.64 | FED SOCSEC-ER | 138.88 |
| | 0.00 | | 2,240.00 | FED SOCSEC | 138.88 | | | | FED MEDCARE-ER | 32.48 |
| | | | | FED MEDCARE | 32.48 | | | | FED FUTA | 13.44 |
| | | | | IL SIT | 105.60 | | | | IL SUI-ER | 25.76 |
| | | | | | 467.36 | | | | | 210.56 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▓▓▓   $1,772.64

**Employee:** ▓▓▓   **SSN:** ▓▓▓

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 36.27 | 22.5000 | 816.08 | FED FIT | 84.33 | | | 1,100.88 | FED SOCSEC-ER | 84.08 |
| Personal | 24.00 | 22.5000 | 540.00 | FED SOCSEC | 84.08 | | | | FED MEDCARE-ER | 19.66 |
| | 60.27 | | 1,356.08 | FED MEDCARE | 19.66 | | | | FED FUTA | 8.14 |
| | | | | | | | | | IL SUI-ER | 15.59 |

# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| | | | | IL SIT | 67.13 | | | | | 127.47 |
| | | | | | 255.20 | | | | | |
| Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: | | | | | $1,100.88 | | | | | |
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 0.00 | | 9,200.00 | FED FIT | 1,125.43 | | | 7,370.77 | FED SOCSEC-ER | 570.40 |
| | 0.00 | | 9,200.00 | FED SOCSEC | 570.40 | | | | FED MEDCARE-ER | 133.40 |
| | | | | FED MEDCARE | 133.40 | | | | FED FUTA | 42.00 |
| | | | | | | | | | TN SUI-ER | 49.00 |
| | | | | | 1,829.23 | | | | | 794.80 |
| Check Date: 01/03/2025 / Manual Check / Check No: 936   $4,103.89 | | | | | | | | | | |
| Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: | | | | | $3,016.88 | | | | | |
| Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: | | | | | $250.00 | | | | | |
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 63.50 | 18.0000 | 1,143.00 | FED FIT | 58.76 | | | 940.22 | FED SOCSEC-ER | 70.87 |
| | 63.50 | | 1,143.00 | FED SOCSEC | 70.87 | | | | FED MEDCARE-ER | 16.57 |
| | | | | FED MEDCARE | 16.57 | | | | FED FUTA | 6.86 |
| | | | | IL SIT | 56.58 | | | | IL SUI-ER | 13.14 |
| | | | | | 202.78 | | | | | 107.44 |
| Check Date: 01/03/2025 / Check / Check No: 51220   $940.22 | | | | | | | | | | |
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 48.52 | 18.0000 | 873.36 | FED FIT | 29.64 | | | 733.68 | FED SOCSEC-ER | 54.15 |
| | 48.52 | | 873.36 | FED SOCSEC | 54.15 | | | | FED MEDCARE-ER | 12.66 |
| | | | | FED MEDCARE | 12.66 | | | | FED FUTA | 5.24 |
| | | | | IL SIT | 43.23 | | | | IL SUI-ER | 10.04 |
| | | | | | 139.68 | | | | | 82.09 |
| Check Date: 01/03/2025 / Check / Check No: 51221   $733.68 | | | | | | | | | | |
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 37.47 | 19.5000 | 730.67 | FED FIT | 15.37 | | | 623.24 | FED SOCSEC-ER | 45.30 |
| | 37.47 | | 730.67 | FED SOCSEC | 45.30 | | | | FED MEDCARE-ER | 10.59 |
| | | | | FED MEDCARE | 10.59 | | | | FED FUTA | 4.38 |
| | | | | IL SIT | 36.17 | | | | IL SUI-ER | 8.40 |
| | | | | | 107.43 | | | | | 68.67 |
| Check Date: 01/03/2025 / Check / Check No: 51222   $623.24 | | | | | | | | | | |
| **Employee:** | | | | **SSN:** | | | | | | |
| Regular | 71.55 | 22.5000 | 1,609.88 | FED FIT | 158.09 | | | 1,569.65 | FED SOCSEC-ER | 122.19 |
| Overtime | 5.36 | 33.7500 | 180.90 | FED SOCSEC | 122.19 | | | | FED MEDCARE-ER | 28.58 |
| Holiday | 8.00 | 22.5000 | 180.00 | FED MEDCARE | 28.58 | | | | FED FUTA | 11.82 |
| | 84.91 | | 1,970.78 | IL SIT | 92.27 | | | | IL SUI-ER | 22.66 |
| | | | | | | | | | | 185.25 |

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| | | | | | 401.13 | | | | | |

Check Date: 01/03/2025 / Check / Check No: 51223   $1,569.65

**Employee:** ▮▮▮   **SSN:** ▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 21.26 | 18.0000 | 382.68 | FED SOCSEC | 23.73 | | | 339.74 | FED SOCSEC-ER | 23.73 |
| | 21.26 | | 382.68 | FED MEDCARE | 5.55 | | | | FED MEDCARE-ER | 5.55 |
| | | | | | | | | | FED FUTA | 2.30 |
| | | | | IL SIT | 13.66 | | | | IL SUI-ER | 4.40 |
| | | | | | 42.94 | | | | | 35.98 |

Check Date: 01/03/2025 / Direct Deposit / Checking / Account No: ▮▮▮   $339.74

**Pay Frequency Totals: Biweekly**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 637.38 | | $24,199.45 | FED FIT | $2,252.46 | Medical pre-tax 1 | $110.80 | $23,055.74 | FED SOCSEC-ER | $1,758.54 |
| Overtime | 5.41 | | $182.55 | FED SOCSEC | $1,758.54 | | $110.80 | | FED MEDCARE-ER | $411.27 |
| Personal | 192.00 | | $3,912.00 | FED MEDCARE | $411.27 | | | | FED FUTA | $156.99 |
| Holiday | 8.00 | | $180.00 | | | | | | IL SUI-ER | $220.35 |
| | 842.79 | | $28,474.00 | IL SIT | $885.19 | | | | TN SUI-ER | $49.00 |
| | | | | | $5,307.46 | | | | | $2,596.15 |

**Total Employees - Biweekly: 17**

**Company Totals:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 637.38 | | $24,199.45 | FED FIT | $2,252.46 | Medical pre-tax 1 | $110.80 | $23,055.74 | FED SOCSEC-ER | $1,758.54 |
| Overtime | 5.41 | | $182.55 | FED SOCSEC | $1,758.54 | | $110.80 | | FED MEDCARE-ER | $411.27 |
| Personal | 192.00 | | $3,912.00 | FED MEDCARE | $411.27 | | | | FED FUTA | $156.99 |
| Holiday | 8.00 | | $180.00 | | | | | | IL SUI-ER | $220.35 |
| | 842.79 | | $28,474.00 | IL SIT | $885.19 | | | | TN SUI-ER | $49.00 |
| | | | | | $5,307.46 | | | | | $2,596.15 |

**Total Employees - Company: 17**

Company: Jmka Llc
Check date: 1/3/2025 - Payroll 1
Pay Period: 12/15/2024 to: 12/28/2024

4 of 4
Run Number: 0244

Date Printed: 01/03/2025 14:10
25237149 - K6/LVA