| Date | Description | To/From | Category | Income | Expense | Balance |
|---|---|---|---|---|---|---|
| Cash Collateral Budget 1/2/2025-1/28/2025 | | | | | | |
| 1/2/2025 | Starting Balance | | | | | $33,427.91 |
| 1/2/2025 | | Gas | | $0.00 | $320.00 | $33,107.91 |
| 1/2/2025 | | Travel | | $0.00 | $850.00 | $32,257.91 |
| 1/2/2025 | | Clayton | | $0.00 | $500.00 | $31,757.91 |
| 1/2/2025 | | Owner Draw | | $0.00 | $600.00 | $31,157.91 |
| 1/2/2025 | | Men in Black | Repairs and maintenance | $0.00 | $340.00 | $30,817.91 |
| 1/2/2025 | | Shapiro | Accountant | $0.00 | $500.00 | $30,317.91 |
| 1/2/2025 | | ADP | W-2 Fees | $0.00 | $600.00 | $29,717.91 |
| 1/2/2025 | | McCarroll | HVAC | $0.00 | $300.00 | $29,417.91 |
| 1/2/2025 | | Elmhurst Chamber | Dues | $0.00 | $80.00 | $29,337.91 |
| 1/2/2025 | | Childcare Careers | Staff | $0.00 | $271.60 | $29,066.31 |
| 1/2/2025 | | Childcare Careers | Staff | $0.00 | $311.60 | $28,754.71 |
| 1/2/2025 | | Tuition Express | Software | $0.00 | $700.00 | $28,054.71 |
| 1/2/2025 | | Owner Draw | | $0.00 | $951.00 | $27,103.71 |
| 1/3/2025 | | ADP | Payroll | $0.00 | $11,483.85 | $15,619.86 |
| 1/3/2025 | | ADP | Taxes | $0.00 | $7,903.61 | $7,716.25 |
| 1/4/2025 | | Waste Management | Repairs and maintenance | $0.00 | $275.00 | $7,441.25 |
| 1/4/2025 | | ADP (Carrie) | Payroll | $0.00 | $1,569.65 | $5,871.60 |
| 1/6/2025 | | Tuition | Income | $30,000.00 | $0.00 | $35,871.60 |
| 1/6/2025 | | ADP (Manuela) | Payroll | $0.00 | $829.94 | $35,041.66 |
| 1/6/2025 | | ADP (Grace) | payroll | $0.00 | $999.32 | $34,042.34 |
| 1/6/2025 | | ADP (Enrique) | payroll | $0.00 | $630.67 | $33,411.67 |
| 1/6/2025 | | ADP (Latisha) | payroll | $0.00 | $1,141.28 | $32,270.39 |
| 1/6/2025 | | ADP (Emoni) | Payroll | $0.00 | $940.22 | $31,330.17 |

| Date | Payee | Category | Income | Expense | Balance |
|---|---|---|---|---|---|
| 1/6/2025 | ADP (Michela) | Payroll | $0.00 | $733.68 | $30,596.49 |
| 1/6/2025 | ADP (Sophie) | Payroll | $0.00 | $623.24 | $29,973.25 |
| 1/6/2025 | Amazon | Food/Supplies | $0.00 | $675.00 | $29,298.25 |
| 1/9/2025 | Quickbooks | Software | $0.00 | $65.00 | $29,233.25 |
| 1/10/2025 | 178 N. York | Rent | $0.00 | $20,500.00 | $8,733.25 |
| 1/10/2025 | ComEd | Utilities | $0.00 | $300.00 | $8,433.25 |
| 1/10/2025 | BCBS of Tn | Insurance | $0.00 | $634.00 | $7,799.25 |
| 1/12/2025 | Comcast | Utilities | $0.00 | $172.95 | $7,626.30 |
| 1/13/2025 | Tuition | Income | $29,000.00 | $0.00 | $36,626.30 |
| 1/13/2025 | Hartford | Insurance | $0.00 | $469.64 | $36,156.66 |
| 1/13/2025 | Amazon | Food/Supplies | $0.00 | $675.00 | $35,481.66 |
| 1/14/2025 | West Bend Mutual | Insurance | $0.00 | $901.18 | $34,580.48 |
| 1/15/2025 | Aflac | Insurance | $0.00 | $110.00 | $34,470.48 |
| 1/15/2025 | DuPage County | Nurse visits | $0.00 | $100.00 | $34,370.48 |
| 1/15/2025 | Docusign | docusign | $0.00 | $49.39 | $34,321.09 |
| 1/16/2025 | Payroll | Payroll | $0.00 | $33,500.00 | $821.09 |
| 1/16/2025 | CCAP | Income | $4,500.00 | $0.00 | $5,321.09 |
| 1/16/2025 | tuition express | Income | $4,500.00 | $0.00 | $9,821.09 |
| 1/2/2025 | Travel |  | $0.00 | $850.00 | $8,971.09 |
| 1/17/2025 | Music Together | Enrichments | $0.00 | $1,955.55 | $7,865.54 |
| 1/18/2025 | Fusion | phones | $0.00 | $123.88 | $7,741.66 |
| 1/19/2025 | Nicor | Utilities | $0.00 | $1,000.00 | $6,741.66 |
| 1/20/2025 | Tuition | Income | $28,000.00 | $0.00 | $34,741.66 |
| 1/20/2025 | City of Elmhurst | water bill | $0.00 | $500.00 | $34,241.66 |
| 1/20/2025 | Amazon | Food/Supplies | $0.00 | $675.00 | $33,566.66 |
| 1/24/2025 | Waste Management | Repairs and maintenance | $0.00 | $275.00 | $33,291.66 |
| 1/25/2025 | Chase | Vehicle expense | $0.00 | $1,671.30 | $31,620.36 |
| 1/27/2025 | Tuition | Income | $28,000.00 | $0.00 | $59,620.36 |

| 1/27/2025 | | Gourmet Gorilla | Food | $0.00 | $2,200.00 | $57,420.36 |
|---|---|---|---|---|---|---|
| 1/27/2025 | | Direct Capital | Lease Payment | $0.00 | $380.18 | $57,040.18 |
| 1/27/2025 | | Amazon | Food/Supplies | $0.00 | $675.00 | $56,365.18 |