UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 25-00036 |
|---|---|---|
| JMKA, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER PAYING PREPETITION WAGES AND SHORTENING NOTICE

This matter coming before the Court on the Motion of the Debtor to pay pre-petition payroll;

IT IS HEREBY ORDERED THAT:

1. The Debtor is retroactively authorized to pay a total of $31,070.15 to its employees on January 3, 2025 and January 6, 2025 in satisfaction of its payroll obligation from December 15, 2024 to December 28, 2024 to be distributed as follows:

   $23,055.74 directly to the employees;

   $5,307.46 for payment of taxes;

   $2,596.15 for the employer portion of the taxes;

   $110.80 for health insurance.

2. The Debtor is authorized to pay a total of no more than $34,000.00 to its employees on January 17, 2025 in satisfaction of its total payroll obligation for December 29, 2024 to January 16, 2025. This is inclusive of all amounts due directly to employees and to all other sources identified in paragraph 1 of this Order.

3. No insider shall receive any compensation on January 17, 2025.

4. Notice is shortened.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: January 10, 2025

**Prepared by:**

Ben Schneider
Schneider & Stone
8424 Skokie Blvd, Suite 200
Skokie, IL 60077