# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25 B 36 |
| | ) | |
| JMKA, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

## ORDER ALLOWING INTERIM USE OF CASH COLLATERAL AND SETTING EVIDENTIARY HEARING

This matter having come before the court on the motion of JMKA, LLC ("Debtor") to use cash collateral ("Cash Collateral"), the court having heard the objections of the U.S. Trustee ("UST") and Cashfloit LLC ("Cashfloit"), **IT IS ORDERED THAT**:

1. Debtor may use Cash Collateral on an interim basis according to the terms set forth in the first interim order granting motion to use cash collateral, entered on January 7, 2025 at EOD 19 ("First Interim Order"), those terms to include the budget attached to the First Interim Order;

2. The interim use of Cash Collateral is authorized through 5:00 p.m. prevailing Central Time on January 27, 2025;

3. Debtor shall file a reply, if any, in support of its motion to use Cash Collateral on or before January 24, 2025;

4. Debtor shall file a proposed interim order allowing continued use of Cash Collateral and a proposed budget on or before January 24, 2025; and

5. This matter is continued to January 27, 2025 at 10:00 a.m. prevailing Central Time for an evidentiary hearing. The evidentiary hearing will be held in person at 219 South Dearborn Street, Courtroom 644, Chicago, Illinois 60604. All parties, witnesses and attorneys who are participating in the hearing must appear in the courtroom in person.

ENTERED:

Date:  January 22, 2025

_____
DAVID D. CLEARY
United States Bankruptcy Judge