UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 25-00036 |
| JMKA, LLC ) | | |
| ) | Chapter: | 11 |
| ) | | |
| ) | Honorable David D. Cleary | |
| ) | SELECT IF OUTLYING AREA | |
| Debtor(s) ) | | |

# THIRD INTERIM ORDER GRANTING MOTION TO USE CASH COLLATERAL

THIS MATTER CAME BEFORE THE COURT on the motion of debtor JMKA, LLC ("JMKA") to use the cash collateral ("Cash Collateral") of the Small Business Administration, BayFirst National Bank, Newity Bank, Funding Circle, and Transportation Alliance Bank, Ameris Bank d/b/a Balboa Capital, (collectively, the "Secured Lenders"). Cashfloit, LLC having filed an Objection to the Use of Cash Collateral. Due notice having been given, and the court being fully advised, IT IS ACCORDINGLY ORDERED:

1. For the purposes of this Order, the Debtor and Cashfloit, LLC have agreed that Cashfloit, LLC shall be treated as a Secured Creditor. Cashfloit shall receive the sum of $4,000, upon the entry of this Order, as and for an adequate protection payment. It is understood by and between the Debtor and Cashfloit, LLC, that this adequate protection payment shall only entitle the Debtor to use the cash collateral of Cashfloit, LLC, for a period of four (4) weeks from the date of entry of this Order, or the date entered by the Court as the allowed date for the Interim Use of Cash Collateral, which ever is later. Cashfloit, LLC, takes the adequate protection payment with a full reservation of all of its rights and without prejduice. JMKA may use the Cash Collateral of the Secured Lenders on an Interim basis adhering to the budget attached to this order. The Debtor may use the Cash Collateral for expenses not to exceed 5% of the expenses set forth in the attached budget.

2. In return for JMKA's continued interim use of cash collateral, the Secured Lenders are granted adequate protection for their secured interests in substantially all of JMKA's assets, including cash collateral equivalents and JMKA's cash and accounts receivable, among other collateral (the "Collateral") to the extent and validity as held prepetition, as follows:

   a. JMKA must permit the Secured Lenders to inspect, upon reasonable notice, within reasonable hours, its books and records.

   b. JMKA must maintain and pay premiums for insurance to cover the Collateral from fire, theft and water damage, and the Secured Lenders consent to the payment of such premiums from its Cash Collateral.

   c. JMKA must, upon reasonable request, make available to the Secured Lenders evidence of that which constitutes its Collateral or proceeds.

   d. JMKA must properly maintain its Collateral in good repair and properly manage the Collateral.

e. The Secured Lenders are granted replacement liens to the same extent, priority and validity as existed prior to the Petition Date. The Secured Lenders are granted security interests in and replacement liens on all of JMKA's now-existing or hereafter-acquired property, real or personal, whether in existence before or after the Petition Date, including: (i) accounts receivable; (ii) inventory; (iii) general intangibles; (iv) refunds (v) credits; (vi) machinery and equipment; and (vii) the proceeds and products thereof, in the value of the Secured Lenders' Collateral securing all indebtedness of JMKA to the Secured Lenders, which replacement liens will be the same liens as prepetition valid liens of record.

3. Although the Secured Lenders are not required to take any further action, including executing, filing or recording any financing statements, security agreements, mortgages or other documents or instruments, to perfect their replacement liens, JMKA is authorized and directed to execute and deliver to each the Secured Lenders such financing statements, mortgages, instruments and other documents as either may deem necessary or desirable from time to time to reflect the replacement liens.

4. The Interim use of Cash Collateral is authorized until February 14, 2025.

5. No pre-petition debts shall be paid by the Debtor without prior court authorization.

6. For the budget attached to this Order, the principal for the Debtor is allowed to take no more than $4,500 per pay period as salary.

7. Hearing on this matter is continued to February 12, 2025 at 11:00am.

8. The objection of Cashfloit is entered and continued to February 12, 2025.

Enter:

*David D. Cloy* (signature)

United States Bankruptcy Judge

Dated: January 24, 2025

**Prepared by:**
Ben Schneider (ARDC # 6295667)
Schneider & Stone
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
847-933-0300
ben@windycitylawgroup.com

| Cash Collateral Budget 1/27/2025 - 2/20/2025 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | To/From | Category | Income | Expense | Balance |
| 1/27/25 | Starting Balance | Starting Balance | | | | $32,974.83 |
| 1/27/25 | Income | Tuition | | 33000 | | $65,974.83 |
| 1/27/25 | Allowed Debt | Cashfloit | | | $4,000.00 | $61,974.83 |
| 1/27/25 | Lease Payment | Direct Capital CIT | | | $380.18 | $61,594.65 |
| 1/27/25 | Amazon | Food | | | $275.00 | $61,319.65 |
| 1/28/25 | Amazon | Supplies | | | $800.00 | $60,519.65 |
| 1/30/25 | Payroll | Payroll | | | $40,000.00 | $20,519.65 |
| 2/1/25 | Food | Amazon | | | $275.00 | $20,244.65 |
| 2/2/25 | Training | Trainual | | | $245.70 | $19,998.95 |
| 2/2/25 | Processing Fees | Tuition Express | | | $700.00 | $19,298.95 |
| 2/2/25 | Insurance | BCBS of TN | | | $342.88 | $18,956.07 |
| 2/3/25 | Income | Tuition | | $29,000.00 | | $47,956.07 |
| 2/3/25 | Dues | Elmhurst Chamber | | | $80.00 | $47,876.07 |
| 2/3/25 | Rent | 178 N. York | | | $19,000.00 | $28,876.07 |
| 2/4/25 | Supplies | Amazon | | | $800.00 | $28,076.07 |
| 2/9/25 | Software | Quickbooks | | | $65.00 | $28,011.07 |
| 2/10/25 | Income | Tuition Express | | $29,000.00 | | $57,011.07 |
| 2/10/25 | Utilities | ComEd | | | $1,500.00 | $55,511.07 |
| 2/10/25 | Food | Amazon | | | $275.00 | $55,236.07 |
| 2/11/25 | Supplies | Amazon | | | $800.00 | $54,436.07 |
| 2/12/25 | Utilities | Comcast | | | $180.00 | $54,256.07 |
| 2/13/25 | Payroll | Payroll | | | $41,000.00 | $13,256.07 |
| 2/13/25 | Insurance | Hartford | | | $469.64 | $12,786.43 |
| 2/13/25 | Income | CCAP | | $4,500.00 | | $17,286.43 |
| 2/14/25 | Insurance | West Bend Mutual | | | $1,130.18 | $16,156.25 |
| 2/14/25 | Insurance | BCBS of TN | | | $634.00 | $15,522.25 |
| 2/15/25 | Insurance | AFLAC | | | $105.00 | $15,417.25 |

| Date | Category | Payee | | Income | Expense | Balance |
|---|---|---|---|---|---|---|
| 2/15/25 | Software | Docusign | | | $49.39 | $15,367.86 |
| 2/16/25 | Software | Metrofax | | | $15.00 | $15,352.86 |
| 2/17/25 | Income | Tuition | | $29,000.00 | | $44,352.86 |
| 2/17/25 | Nurse | Du Page County Health | | | $100.00 | $44,252.86 |
| 2/17/25 | Music Program | Music Together | | | $1,955.55 | $42,297.31 |
| 2/17/25 | Food | Amazon | | | $275.00 | $42,022.31 |
| 2/18/25 | Phones | Fusion | | | $123.88 | $41,898.43 |
| 2/18/25 | Travel | Travel | | | $1,500.00 | $40,398.43 |
| 2/20/25 | Utilities | Nicor | | | $1,000.00 | $39,398.43 |
| 2/20/25 | Utilities | City of Elmhurst | | | $500.00 | $38,898.43 |
| 2/20/25 | Utilities | Waste Management | | | $275.00 | $38,623.43 |