Form G-3 (20240417)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION          DIVISION**

In re:  JMKA, LLC                      )   Chapter  11
                                       )
                                       )   No. 25-00036
                                       )
         Debtor(s)                     )   Judge  David D. Cleary

**NOTICE OF MOTION**

TO:  See attached list

      PLEASE TAKE NOTICE that on February 5, 2025, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Counsel for the Debtor [to/for] Employ Ben Schneider & Matthew Stone as Counsel, a copy of which is attached.

      **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

      **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

      **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

      **Meeting ID and passcode.**  The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                                      By: Ben Schneider

## CERTIFICATE OF SERVICE

I, Ben Schneider,

☒ an attorney, certify

   - or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on January 29, 2025, at 5:00 p.m. *

                              Ben Schneider
                              [Signature]

*All applicable boxes must be checked and all blanks filled in.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re the Chapter 11 of )
)
JMKA, LLC ) Case No. 25-00036
)
Debtors. )

**APPLICATION TO EMPLOY BEN SCHNEIDER AND MATTHEW STONE AS
<u>GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR IN POSSESSION</u>**

NOW COMES the proposed Counsel for the Debtors in Possession, Ben Schneider and Matthew Stone ("Attorneys"), for their **Application to Employ Ben Schneider and Matthew Stone as General Bankruptcy Counsel for the Debtor in Possession.** In support, they state as follows.

1. The Debtor filed a bankruptcy case seeking relief under Chapter 11 on January 2, 2025.

2. The Debtor in Possession seeks to have an effective reorganization under Chapter 11.

3. The Debtor in Possession's retention of the Attorneys is reasonably necessary for an effective reorganization for the following reasons:

    a. The Debtor in Possession has a large amount of debt that it is unable to manage without the assistance of the Attorneys.

    b. The Debtor in Possession and the Attorneys have spoken at length about specific strategies to reorganize under Chapter 11, and the Attorneys are the most familiar with the approved strategies and the Debtor in Possession's situation.

    c. The Debtor in Possession is unable to formulate a working Chapter 11 Plan without the assistance of the Attorneys.

4. The Attorneys will charge $450 per hour for services rendered to the Debtors in Possession, Paralegal time will be billed out at $175 per hour.

5. The Debtor in Possession and the Attorneys signed a proposed retainer agreement indicating all of the terms and conditions of the Attorneys' proposed representation. (See attached Proposed Retainer Agreement).

6. The Attorneys are disinterested persons because they:

      a. Are not a pre-petition creditor, equity security holder, or insider with respect to the Debtor in Possession;

      b. Were not within 2 years before the date of the filing of the petition a director, officer, or employee of the Debtor in Possession; and

      c. Do not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor in Possession, or for any other reason.

7. The Attorneys hold no adverse interest to the Debtors in Possession.

WHEREFORE, the Attorneys, Ben Schneider and Matthew Stone, ask this Court to grant the Debtor in Possession's Proposed Counsel's **Application to Employ Ben Schneider and Matthew Stone as General Bankruptcy Counsel for the Debtor in Possession** retroactive to January 2, 2025 and for any other relief that it deems just and proper.

Respectfully Submitted
By
JMKA, LLC

/s/ Ben Schneider
One of the Proposed Attorneys for the Debtor

Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re the Chapter 11 of | ) | |
| | ) | |
| JMKA, LLC | ) | Case No. 25-00036 |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF DISINTERESTED PERSON

Ben Schneider, being duly sworn upon his oath, deposes and states

1. I am an Attorney employed with The Law Offices of Schneider & Stone.

2. Before filing the Chapter 11 case, I spoke with the Debtor to try and find a non-bankruptcy solution to resolving its debts. Other than that, I have had no prior connections with the Debtor in Possession.

3. I also filed a bankruptcy case for an affiliate of the Debtor on January 2, 2025, Premier Childcare, LLC, Case no. 25-00037. That corporation is wholly owned by the Debtor in this case and shares some of the same debt obligations. Other than a cursory review of the issues and obligations of Premier Childcare, LLC to ensure that bankruptcy was appropriate, no substantive work was done for Premier. Since the filing of this bankruptcy case, Premier has sought out separate counsel.

4. Prior to this case being filed, my firm was paid an initial advanced fee retainer of $15,000 by the Debtor in Possession, this was disclosed on Form 2030 of the filed Petition. Of that amount, $3,988 was applied against the retainer prior to filing this case which includes the filing fee.

5. I have no connections with the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6. I, and Schneider & Stone, represent no interest adverse to the Debtor in Possession, or the estate in the matters upon which I, and Schneider & Stone, are to be engaged.

7. I, and Schneider & Stone, are "disinterested persons" as defined in 11 U.S.C. Section 101(14).

/s/ Ben Schneider


Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| JMKA, LLC ) | Case No. 25-00036 |
| ) | |
| Debtors. ) | |

## AFFIDAVIT OF DISINTERESTED PERSON

Matthew Stone, being duly sworn upon his oath, deposes and states

8. I am an Attorney employed with The Law Offices of Schneider & Stone.

9. Before filing the Chapter 11 case my partner, Ben Schneider, spoke with the Debtor to try and find a non-bankruptcy solution to resolving its debts. Other than that, I have had no prior connections with the Debtor in Possession.

10. My partner, Ben Schneider, also filed a bankruptcy case for an affiliate of the Debtor on January 2, 2025, Premier Childcare, LLC, Case no. 25-00037. I have been informed that Premier is wholly owned by the Debtor in this case and shares some of the same debt obligations. Other than a cursory review of the issues and obligations of Premier Childcare, LLC to ensure that bankruptcy was appropriate, no substantive work was done for Premier. I have been told that since the filing of this bankruptcy case, Premier has sought out separate counsel.

11. Prior to this case being filed, my firm was paid an initial advanced fee retainer of $15,000 by the Debtor in Possession, this was disclosed on Form 2030 of the filed Petition. Of that amount, $3,988 was applied against the retainer prior to filing this case which includes the filing fee.

12. I have no connections with the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

13. I, and Schneider & Stone, represent no interest adverse to the Debtor in Possession, or the estate in the matters upon which I, and Schneider & Stone, are to be engaged.

14. I, and Schneider & Stone, are "disinterested persons" as defined in 11 U.S.C. Section 101(14).

/s/Matthew Stone

Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of | ) |
| | ) |
| JMKA, LLC | ) Case No. 25-00036 |
| | ) |
| Debtor. | ) |

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants (ECF):**

- Adam Brief, US Trustee

- Ameris Bank d/b/a Balboa Capital; c/o Taft Stettinius & Hollister, LLP

- Byline Bank; c/o Chuhak & Tecson, P.C.

- Cashfloit, LLC; c/o Fred Kantrow, The Kantrow Law Group PLLC

**Parties served via US Mail:**

1. BayFirst National Bank
   700 Central Ave.
   Saint Petersburg, FL 33701

2. Chase Auto Finance
   700 Kansas Lane; LA4-4025
   Monroe, LA 71203

3. Direct Capital Equipment
   1230 Main Office
   Columbia, SC 29201

4. Funding Circle
   707 17th St., Suite 2200
   Denver, CO 80202

5. Transportation Alliance Bank, Inc.
   4185 Harrison Blvd.
   Ogden, UT 84403

6. US Small Business Administration
   Illinois District Office, Attn: Sameena Nabijee
   332 S. Michigan Ave.
   Chicago, IL 60604

7. American Express
   PO Box 6031
   Carol Stream, IL 60197

8. Bluevine, Inc.
   30 Montgomery St., Suite 1400
   Jersey City, NJ 07302

9. Borla North
   6912 Main St., #200
   Downers Grove, IL 60516

10. CashFloit, LLC
    33 E. 33rd St.
    New York, NY 10016

11. Everest Business Funding
    102 W. 38th St., 6th Floor
    New York, NY 10018

12. Fenix Capital Funding
    9265 4th Ave., 2nd Floor
    Brooklyn, NY 11209

13. Kasindra Mladenof
    108 Turning Leaf Way
    Hendersonville, TN 37075

14. Northeast Bank
    c/o Newity
    35 Canal St.
    Lewiston, ME 04240

15. Ramp Business Corporation
    28 W. 23rd St., Floor 2
    New York, NY 10010

16. SymplifiCapital
    221 W. Hibiscus Blvd, Suite 286
    Melbourne, FL 32901