### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| JMKA, LLC    ) | Case No. 25-00036 |
| ) | |
| Debtors.    ) | |

## AMENDED AFFIDAVIT OF DISINTERESTED PERSON

Ben Schneider, being duly sworn upon his oath, deposes and states

1. I am an Attorney employed with The Law Offices of Schneider & Stone.

2. Before filing the Chapter 11 case, I spoke with the Debtor to try and find a non-bankruptcy solution to resolving its debts. Other than that, I have had no prior connections with the Debtor in Possession.

3. I also filed a bankruptcy case for an affiliate of the Debtor on January 2, 2025, Premier Childcare, LLC, Case no. 25-00037. That corporation is wholly owned by the Debtor in this case and shares some of the same debt obligations. Other than a cursory review of the issues and obligations of Premier Childcare, LLC to ensure that bankruptcy was appropriate, no substantive work was done for Premier. Since the filing of this bankruptcy case, Premier has sought out separate counsel.

4. Prior to this case being filed, my firm was paid an initial advanced fee retainer of $15,000 by Randy Bronge, this was disclosed on Form 2030 of the filed Petition. Of that amount, $3,988 was applied against the retainer prior to filing this case which includes the filing fee. In addition, my firm was paid $15,000 by Randy Bronge as a prospective retainer for Premier Childcare, LLC. Of that retainer, $1,738 was used to pay the filing fee. None of that retainer was used for legal representation as a possible conflict of interest was identified upon filing the bankruptcy case.

5. I have no connections with the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6. I, and Schneider & Stone, represent no interest adverse to the Debtor in Possession, or the estate in the matters upon which I, and Schneider & Stone, are to be engaged.

7. I, and Schneider & Stone, are "disinterested persons" as defined in 11 U.S.C. Section 101(14).

/s/ *Ben Schneider*

Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| JMKA, LLC                ) | Case No. 25-00036 |
| ) | |
| Debtors.              ) | |

## AMENDED AFFIDAVIT OF DISINTERESTED PERSON

Matthew Stone, being duly sworn upon his oath, deposes and states

8. I am an Attorney employed with The Law Offices of Schneider & Stone.

9. Before filing the Chapter 11 case my partner, Ben Schneider, spoke with the Debtor to try and find a non-bankruptcy solution to resolving its debts. Other than that, I have had no prior connections with the Debtor in Possession.

10. My partner, Ben Schneider, also filed a bankruptcy case for an affiliate of the Debtor on January 2, 2025, Premier Childcare, LLC, Case no. 25-00037. I have been informed that Premier is wholly owned by the Debtor in this case and shares some of the same debt obligations. Other than a cursory review of the issues and obligations of Premier Childcare, LLC to ensure that bankruptcy was appropriate, no substantive work was done for Premier. I have been told that since the filing of this bankruptcy case, Premier has sought out separate counsel.

11. Prior to this case being filed, my firm was paid an initial advanced fee retainer of $15,000 by Randy Bronge, this was disclosed on Form 2030 of the filed Petition. Of that amount, $3,988 was applied against the retainer prior to filing this case which includes the filing fee. In addition, my firm was paid $15,000 by Randy Bronge as a prospective retainer for Premier Childcare, LLC. Of that retainer, $1,738 was used to pay the filing fee. None of that retainer was used for legal representation as a possible conflict of interest was identified upon filing the bankruptcy case.

12. I have no connections with the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

13. I, and Schneider & Stone, represent no interest adverse to the Debtor in Possession, or the estate in the matters upon which I, and Schneider & Stone, are to be engaged.

14. I, and Schneider & Stone, are "disinterested persons" as defined in 11 U.S.C. Section 101(14).

/s/ Matthew Stone
Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com