IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| JMKA, LLC ) | Case No. 25-00036 |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

The following creditors and parties in interest were served with the **Amended Affidavits of Disinterested Person** via the Court's Electronic Notice for Registrants (ECF) on January 30, 2025 at the addresses listed below:

Adam Brief, US Trustee

Ameris Bank d/b/a Balboa Capital; c/o Taft Stettinius & Hollister, LLP

Byline Bank; c/o Chuhak & Tecson, P.C.

Cashfloit, LLC; c/o Fred Kantrow, The Kantrow Law Group PLLC

The following creditors and parties in interest were served with the **Amended Affidavits of Disinterested Person** via U.S. Mail on January 30, 2025 at the addresses listed below:

1. BayFirst National Bank
   700 Central Ave.
   Saint Petersburg, FL 33701

2. Chase Auto Finance
   700 Kansas Lane; LA4-4025
   Monroe, LA 71203

3. Direct Capital Equipment
   1230 Main Office
   Columbia, SC 29201

4. Funding Circle
   707 17th St., Suite 2200
   Denver, CO 80202

5. Transportation Alliance Bank, Inc.
    4185 Harrison Blvd.
    Ogden, UT 84403

6. US Small Business Administration
    Illinois District Office, Attn: Sameena Nabijee
    332 S. Michigan Ave.
    Chicago, IL 60604

7. American Express
    PO Box 6031
    Carol Stream, IL 60197

8. Bluevine, Inc.
    30 Montgomery St., Suite 1400
    Jersey City, NJ 07302

9. Borla North
    6912 Main St., #200
    Downers Grove, IL 60516

10. CashFloit, LLC
    33 E. 33rd St.
    New York, NY 10016

11. Everest Business Funding
    102 W. 38th St., 6th Floor
    New York, NY 10018

12. Fenix Capital Funding
    9265 4th Ave., 2nd Floor
    Brooklyn, NY 11209

13. Kasindra Mladenof
    108 Turning Leaf Way
    Hendersonville, TN 37075

14. Northeast Bank
    c/o Newity
    35 Canal St.
    Lewiston, ME 04240

15. Ramp Business Corporation
    28 W. 23rd St., Floor 2
    New York, NY 10010

16. SymplifiCapital
    221 W. Hibiscus Blvd, Suite 286
    Melbourne, FL 32901

/s/Ben Schneider
Counsel for the Debtor