## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of | ) |
| | ) |
| JMKA, LLC | ) Case No. 25-00036 |
| | ) |
| Debtors. | ) |

### SECOND AMENDED AFFIDAVIT OF DISINTERESTED PERSON

Ben Schneider, being duly sworn upon his oath, deposes and states

1.      I am an Attorney employed with The Law Offices of Schneider & Stone.

2.      Before filing the Chapter 11 case, I spoke with the Debtor to try and find a non-bankruptcy solution to resolving its debts. Other than that, I have had no prior connections with the Debtor in Possession.

3.      I also filed a bankruptcy case for an affiliate of the Debtor on January 2, 2025, Premier Childcare, LLC, ("Premier"), Case no. 25-00037. That corporation is wholly owned by the Debtor in this case and shares some of the same debt obligations. Prior to the filing of the Premier case, Premier had separate counsel who had been advising Premier about its debt issues as well as an outstanding dispute with its landlord. Before filing the case for Premier, I briefly discussed the need for the pre-filing counsel to continue her work with Premier and that that work should cease until an application to employ counsel had been granted in the bankruptcy case. After filing the case for Premier, it was discovered that I had a potential conflict of interest in representing Premier in its bankruptcy case, since JMKA, LLC was owed $594,971.00 by Premier. Once the potential conflict was discovered, I discussed the issue with the principal for both companies and the decision was made to dismiss the Premier case. Once the Premier bankruptcy case is dismissed, I will have no connection with that entity or its legal issues.

4.      Other than the work described in Paragraph 3 above, I have done no other work for Premier. Since the filing of this bankruptcy case, Premier has sought out separate counsel who has agreed to represent Premier once the bankruptcy case is dismissed. I do not believe that any work I did for Premier was prejudicial to Premier Childcare, LLC, the Estate of Premier Childcare, LLC, JMKA, LLC, or the Estate of JMKA, LLC.

5.      Prior to this case being filed, my firm was paid an initial advanced fee retainer of $15,000 by Randy Bronge, this was disclosed on Form 2030 of the filed Petition. Of that amount, $3,988 was applied against the retainer prior to filing this case. The services and expenses included in the pre-petition work were: emergency petition preparation, cash flow analysis, budget preparation, payroll analysis and the filing fee. In addition, my firm was paid $15,000 by Randy Bronge as a prospective retainer for Premier Childcare, LLC. Randy Bronge is a personal friend of the principal for both Debtors and does not expect repayment out of either estate. Of that retainer, $1,738 was used to pay the filing fee. None of that retainer was used for legal representation as a possible conflict of interest was identified upon filing the bankruptcy case.

6.      Other than disclosed above, I have no connections with the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

7.    Other than the concerns raised by the United States Trustee, since the filing of the Application to Employ Ben Schneider, I have heard no objection to my being approved as Counsel for JMKA, LLC

8.    I, and Schneider & Stone, represent no interest adverse to the Debtor in Possession, or the estate in the matters upon which I, and Schneider & Stone, are to be engaged.

9.    I, and Schneider & Stone, are "disinterested persons" as defined in 11 U.S.C. Section 101(14).

/s/ *Ben Schneider*

Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com